| | | |
|---|---|---|
| STATE OF NORTH CAROLINA, EX REL. UTILITIES COMMISSION; NANTAHALA POWER & LIGHT COMPANY, APPLICANT; TAPOCO, INC. AND ALUMINUM COMPANY OF AMERICA, RESPONDENTS | ) ) ) ) ) ) ) | |
| v. | ) ) | ORDER |
| RUFUS L. EDMISTEN, ATTORNEY GENERAL; PUBLIC STAFF—NORTH CAROLINA UTILITIES COMMISSION; COUNTIES OF CHEROKEE, GRAHAM, JACKSON, MACON AND SWAIN; TOWNS OF ANDREWS, BRYSON CITY, DILLSBORO, ROBBINSVILLE, AND SYLVA; TRIBAL COUNCIL OF THE EASTERN BAND OF CHEROKEE INDIANS; HENRY J. TRUETT, HOWARD PATTON, VERONICA NICHOLAS, O. W. HOOPER, JR., ALVIN E. SMITH, AND LARRY LYNN BAILEY, JACKSON PAPER MANUFACTURING COMPANY, INTERVENORS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

No. 549A84

(Filed 19 August 1986)

UPON receipt and consideration of the order of the Supreme Court of the United States in this cause, issued 23 June 1986, the following order was entered and is hereby certified to the North Carolina Utilities Commission:

State ex rel. Utilities Comm. v. Edmisten

"This case is remanded to the North Carolina Utilities Commission for further proceedings consistent with this Court's opinion filed herein on 13 August 1985 but not inconsistent with the opinion of the United States Supreme Court in *Nantahala Power and Light Company, et al. v. Thornburg, et al.*, No. 85-568, decided 17 June 1986, 476 U.S. - - -, 90 L.Ed. 2d 943 (1986).

By order of the Court in conference, this the 19th day of August 1986.

s/BILLINGS, J.
For the Court"